UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62431-CIV-ZLOCH

KATHERINE W. YOUNG,

       Plaintiff,

vs.                            **FINAL ORDER OF DISMISSAL**

CENTRAL CREDIT SERVICES, INC.,

       Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 12) filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation For Dismissal With Prejudice (DE 12) filed herein by all Parties, be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

    3. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot; and

    4. The Clerk of the Court for the United States District Court for the Southern District of Florida is hereby **DIRECTED** to close this case.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of May, 2011.

                                      WILLIAM J. ZLOCH
                                      United States District Judge

Copies furnished:

All Counsel of Record